UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUDSON ENERGY SERVICES, LLC,

                Plaintiff,

– *against* –

PRESTIGE MANAGEMENT, INC.,

                Defendant.

**ORDER**

23-cv-6861 (ER)

Ramos, D.J.:

The instant case was filed on August 4, 2023. Doc. 1. Defendant was served on August 17, 2023. Doc. 10. To date, however, Defendant has not appeared, nor has Plaintiff moved for default judgment against Defendant.

The Court directs Plaintiff to file a status update by May 31, 2024 concerning the status of its claims, including whether it intends to move for default judgment.

It is SO ORDERED.

Dated:   May 10, 2024
            New York, New York

                                                              Edgardo Ramos, U.S.D.J.